IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Marcia V | Case Number: 06 B 06664 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 6/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: August 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,877.00 | |
| Secured: | | 3,696.24 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,885.38 |
| Trustee Fee: | | 295.37 |
| Other Funds: | | 0.01 |
| Totals: | 5,877.00 | 5,877.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,218.50 | 1,885.38 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Nuvell Financial Services | Secured | 15,377.21 | 3,696.24 |
| 6. | Jefferson Capital | Unsecured | 591.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,383.70 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 16,340.00 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 1,169.73 | 0.00 |
| 10. | Nuvell Financial Services | Unsecured | 0.00 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,107.23 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 3,450.00 | 0.00 |
| 13. | Aspire Visa | Unsecured | 1,401.50 | 0.00 |
| 14. | Galway Financial Service | Unsecured | 105.00 | 0.00 |
| 15. | Portfolio Acquisitions | Unsecured | 1,437.80 | 0.00 |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Credit Processing Center | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | Household Credit Services | Unsecured | | No Claim Filed |
| 21. | GE Capital Corporation | Unsecured | | No Claim Filed |
| 22. | Riscuity | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Marcia V | Case Number:  06 B 06664 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  6/8/06 |

$ 44,581.67      $ 5,581.62

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 35.52 |
| 4.8% | 153.09 |
| 5.4% | 106.76 |
| | $ 295.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mack_____